**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

AMIR KHILLAH,

    Plaintiff,

v.

CITY OF KALAMAZOO,
a Municipal Corporation,

    Defendant.

Case No. 1:18-cv-00696-JTN-ESC

Hon. Janet T. Neff

| | |
|---|---|
| Michael L. Pitt (P24429) <br> Kevin M. Carlson (P67704) <br> PITT, McGEHEE, PALMER & RIVERS, P.C. <br> Attorneys for Plaintiff <br> 117 West Fourth Street, Suite 200 <br> Royal Oak, MI 48067 <br> 248-398-9800 <br> mpitt@pittlawpc.com <br> kcarlson@pittlawpc.com | Richard O. Cherry (P77272) <br> Sarah R. Wenzlick (P79316) <br> OFFICE OF THE <br> KALAMAZOO CITY ATTORNEY <br> Attorneys for Defendant <br> 241 W. South Street, Suite 301 <br> Kalamazoo, MI 49077 <br> 269-337-8185 <br> cherryr@kalamazoocity.org <br> wenzlicks@kalamazoocity.org |

## JOINT NOTICE

On March 30, 2020 this Court issued an order reopening this case at the request of the parties. (ECF No. 46). This Court also gave the parties until April 29, 2020, to attempt to resolve this case without further litigation. *Id.* The parties attempted to negotiate a resolution to this case, however the parties were unable to reach a resolution, additional time to do so would likely not be productive without further proceedings in this matter. Pursuant to this Court's order, Defendant will file a pre-motion conference request concerning its anticipated motion for summary judgment within seven (7) days of the joint notice regarding resolution.

                                                                                    Respectfully submitted,

<table>
<tr><td>

*/s/ Kevin M. Carlson* (P67704)
Michael L. Pitt (P24429)
Kevin M. Carlson (P67704)
PITT, McGEHEE,
PALMER & RIVERS, P.C.
Attorneys for Plaintiff
117 West Fourth Street, Suite 200
Royal Oak, MI 48067
248-398-9800
mpitt@pittlawpc.com
kcarlson@pittlawpc.com

</td><td>

*/s/ Richard O. Cherry* (P77272)
Richard O. Cherry (P77272)
Sarah R. Wenzlick (P79316)
OFFICE OF THE
KALAMAZOO CITY ATTORNEY
Attorneys for Defendant
241 W. South Street, Suite 301
Kalamazoo, MI 49077
269-337-8185
cherryr@kalamazoocity.org
wenzlicks@kalamazoocity.org

</td></tr>
</table>

Date: April 29, 2020