# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

AMIR KHILLAH,

    Plaintiff,

v.

CITY OF KALAMAZOO,
a Municipal Corporation,

    Defendant.

Case No. 1:18-cv-00696-JTN-ESC

Hon. Janet T. Neff

---

| | |
|---|---|
| Michael L. Pitt (P24429)<br>PITT, MCGEHEE, PALMER & RIVERS, P.C.<br>Attorney for Plaintiff<br>117 West Fourth Street, Suite 200<br>Royal Oak, MI 48067<br>248-398-9800<br>mpitt@pittlawpc.com<br><br>Kevin M. Carlson (P67704)<br>KEVIN M. CARLSON PLLC<br>Attorney for Plaintiff<br>P.O. Box 6028<br>Plymouth, MI 48170<br>734-386-1919<br>kevin@kevincarlsonlaw.com | OFFICE OF THE KALAMAZOO CITY ATTORNEY'S OFFICE<br>RICHARD O. CHERRY (P77272)<br>SARAH R. WENZLICK (P79316)<br>Attorney for Defendant<br>241 W. South Street, Ste. 301<br>Kalamazoo, MI 49007<br>269-337-8185<br>cherryr@kalamazoocity.org<br>wenzlicks@kalamazoocity.org |

---

## CERTIFICATE OF SERVICE

    I, RICHARD O. CHERRY do hereby certify that, **Defendant's Motion for Summary Judgment and supporting documents** was served by electronic means to Plaintiff's attorneys Michael L. Pitt and Kevin M. Carlson on Monday, June 29, 2020 at approximately 3:45 p.m. previously produced DVD's will be mailed through the USPS.

                                                                         */s/ Richard O. Cherry*
                                                                         Richard O. Cherry