# OFFICE OF THE CHIEF
## OFFICE MEMORANDUM

TO: All Personnel

FROM: Chief Jeff Hadley

DATE: January 30, 2009

RE: Honesty Standard

Public trust is a valuable commodity that cannot be sacrificed at any cost by any employee of the Kalamazoo Department of Public Safety. The integrity of the agency depends on the personal integrity and discipline of each employee. Recently, this question was discussed with labor representatives and resulted in the need for clarification. Further clarification has been provided and now I wish to explain the Department's position of each employee.

It is my belief that every employee of this Department desires honest coworkers and entrusts us to recruit, hire, train and retain only those who meet or exceed our high standards of conduct; such as, required in R-15, Chapter 8. The public has the same expectation. That being our goal, I am repeating in writing what I have verbally stated, for clarification that the act of being less than candid and failing to be truthful to any supervisor, on any official document, in any court proceeding, or during the course of any official interaction, may result in termination.

Employee's Signed Acknowledgement

*Amir Khillah 14245*

Date Acknowledged

*5-29-2015*

"Committed to Public Service"