

Kalamazoo Department of Public Safety
OFFICE OF THE CHIEF
150 E. Crosstown, Suite A
Kalamazoo, Michigan 49001-2849
(269) 337-8270
Fax (269) 337-8141

TO:     All KDPS Personnel

FROM:   Karianne Thomas, Chief

DATE:   December 27, 2017

RE:     Honesty Standard / Expectation

Law enforcement professionals, and their departments, are held to a higher standard than the citizens they have sworn to protect and serve. In times when law enforcement legitimacy is being criticized and officers find themselves under a societal microscope, it is important to ensure that law enforcement professionals adhere to a strict code of truthfulness. This applies to all employees of the Kalamazoo Department of Public Safety.

The integrity of KDPS depends upon the personal integrity of each employee. KDPS desires honest coworkers and we commit to recruit, hire, train, and retain only those who meet or exceed our high standards of conduct as stated in KDPS R-15. The public has the same expectation. Therefore, the act of being less than candid and failing to be truthful to any supervisor, on any official document, in any court proceeding, or during the course of any official interaction, may result in termination.

By signing below, you acknowledge that you understand the Honesty Standard and my expectations.

Employee's Signed Acknowledgement

_[signature]_  1245

Date Acknowledged

17 Jan 2018

COK- Khillah005060