UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:18-cv-696 | 4/20/2021 | 10:07 AM - 12:01 PM | Grand Rapids | Janet T. Neff |

## CASE CAPTION

| Plaintiff: | Defendant: |
|---|---|
| Amir Khillah | City of Kalamazoo |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Kevin M. Carlson (via video)<br>Michael L. Pitt (via video) | Plaintiff |
| Sarah Rachelle Wenzlick (via video)<br>Richard Oluremi Cherry(via video) | Defendant |

## PROCEEDINGS

**NATURE OF HEARING:** Motion hearing held concerning ECF No. 55; Order and Judgment to issue.

Court Reporter: Paul Brandell
Clerk: Jason Rotstein