UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMIR KHILLAH,

    Plaintiff,

v.

CITY OF KALAMAZOO,

    Defendant.

_____/

Case No. 1:18-cv-696

HON. JANET T. NEFF

## ORDER

In accordance with the Bench Opinion issued by the Court on April 20, 2021:

**IT IS HEREBY ORDERED** that "City of Kalamazoo Defendant's Motion for Summary Judgment" (ECF No. 55) is GRANTED.

Dated: April 20, 2021

       /s/ Janet T. Neff
       JANET T. NEFF
       United States District Judge