UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMIR KHILLAH,

    Plaintiff,

v.

CITY OF KALAMAZOO,

    Defendant.

_____/

Case No. 1:18-cv-696

HON. JANET T. NEFF

## **JUDGMENT**

In accordance with the Bench Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendant and against Plaintiff.

Dated: April 20, 2021

        /s/ Janet T. Neff
        JANET T. NEFF
        United States District Judge